**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CITY OF OURO PRETO, on behalf of itself
and all others similarly situated,

                    Plaintiff,

-against-                           23 **CIVIL** 8139 (JPC)

## **JUDGMENT**

MERRILL LYNCH, PIERCE, FENNER & SMITH
INC., et al.,

                    Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 30, 2024, Defendants' motion is granted, and the Complaint is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York
       September 30, 2024

                                                 **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

                          **BY:**
                                              **Deputy Clerk**